UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WARING,<br><br>            Plaintiff<br><br>      v.<br><br>COUNTY OF ORANGE, et al.,<br><br>            Defendants. | Case No. 8:20-cv-00372-JAK (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.


Dated: April 1, 2020

_____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE